IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:24-cr-022 |
| Jarren Raynell Dmann Young, ) | |
| ) | |
| Defendant. ) | |

The undersigned previously scheduled a pretrial status conference with counsel by telephone on December 23, 2024, to discuss, among other things, the parties readiness to proceed with trial on January 14, 2025. On December 23, 2024, the undersigned cancelled the status conference after being advised that Defendant intended to file a motion for a continuance of trial.

Defendant subsequently filed a motion for a continuance of trial. On December 27, 2024, the court granted the motion and continued the trial until May 6, 2025, at 9:30 AM in Bismarck (courtroom 1). Accordingly, the undersigned shall reschedule the status conference to assess trial readiness for April 17, 2025, at 11:00 AM by telephone. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149 followed by #. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court